IN THE UNITED STATES COURT OF APPEALS
                         FOR THE FIFTH CIRCUIT

                        _____

                              No. 98-40917
                           Conference Calendar
                        _____

UNITED STATES OF AMERICA,

                                             Plaintiff-Appellee,

versus

JOSE VIRGILIO ZELAYA-RAMIREZ,

                                             Defendant-Appellant.

                    - - - - - - - - - - -
                Appeal from the United States District Court
                   for the Southern District of Texas
                         USDC No. B-98-CR-244-1
                    - - - - - - - - - - -

                            April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Jose Virgilio Zelaya-Ramirez has

moved to withdraw and filed a brief as required by Anders v.

California, 386 U.S. 738 (1967).  Zelaya-Ramirez has not filed a

response.  Our independent review of the brief and the record

discloses no nonfrivolous issue.  Accordingly, counsel's motion

to withdraw is GRANTED.  Counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.